UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM CHRISTOPHER VANDENBERGE,        **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

In December 2023, in St. Joseph County, in the Southern Division of the Western District of Michigan, and elsewhere,

WILLIAM CHRISTOPHER VANDENBERGE,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a black Sarsilmaz SAR9 9-millimeter pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

___[ /s/ Redacted ]___
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

___[signature]___
CONSTANCE TURNBULL
Assistant United States Attorney