UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

William Christopher Vandenberge

Defendant(s).

Case No.  1:24-CR-155

Hon.  Robert J. Jonker

**GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

I.      DISCOVERY

A.      Statements of Defendant

1.      Oral Statements (Rule 16(a)(1)(A))

☒      There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☐      There are the following written records of oral statements:

The substance of which

☐      has been disclosed to defense counsel.

☐      will be disclosed to defense counsel by _____ .

2.      Written or Recorded Statements (Rule 16(a)(1)(B))

☐      There are no written or recorded statements or grand jury testimony of defendant.

☒      There are the following written or recorded statements or grand jury testimony:

Defendant's text messages and voicemails.

All written or recorded statements

☐      have been disclosed to defense counsel.

☒      will be disclosed to defense counsel by _____ November 1, 2024 _____ .

B.     <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☒ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C.     <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☐ Drug Paraphernalia ☐ Drug Records ☐ Inventory (attached)
- ☐ Controlled Substances: _____
- ☐ Records: _____
- ☒ Firearms: _____ Sarsilmax SAR9 9mm semi-automatic pistol _____
- ☐ Other: _____

☐ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☐ State
- ☐ Federal:
  - Case No. _____ Re: _____
  - Case No. _____ Re: _____
  - Case No. _____ Re: _____

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with:
AUSA Constance Turnbull

D.     <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☐ Drug Analysis ☐ Handwriting ☐ Fingerprints
- ☐ DNA ☒ Firearms/Nexus ☐ Gun Operability
- ☐ Computer Forensics ☐ Other: _____

E.     <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F.  Notice Under FRE 404(b)

☐  The Government does not presently intend to introduce 404(b) evidence.

☐  The Government does presently intend to introduce the following 404(b) evidence:

☒  The Government will provide pretrial notice of 404(b) evidence by __3 wks before FPTC__ .

G.  Other Discovery Matters

II.  TRIAL
A.  The Government requests a  ☒ jury  ☐ non-jury  trial.
B.  The length of trial excluding jury selection is estimated at _____1-2 days_____ .

III.  MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒  The Government is unaware at this time of any known conflict with defendant's representation by counsel.  The United States will immediately advise counsel if any such conflict becomes known.

☐  The Government is aware of the following potential conflicts:

☒  Government's plea negotiation policy:
No concessions unless plea hearing is completed at least 3 weeks before FPTC.

Date _____10/10/2024_____      _____
                                                          Constance R. Turnbull
                                                          Counsel for the United States

(Rev. 03/01/2019)