UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,              No. 1:24-cr-155

       vs.                 Hon. Robert J. Jonker
                               United States District Judge

WILLIAM CHRISTOPHER VANDENBERG,

              Defendant.
_____/

## **MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS**

Now comes the United States of America by Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Constance R. Turnbull, Assistant United States Attorney, and moves the Court for leave to file the Exhibits related to the Government's Sentencing Memorandum under restricted access in this case for the reason that it contains nonpublic information that could expose a witness to unnecessary risk of harm.  The United States requests that access be limited to the Court and the parties.

                        Respectfully submitted,

                        ANDREW BYERLY BIRGE
                        Acting United States Attorney

Dated: March 20, 2025       /s/*Constance R. Turnbull*
                        CONSTANCE R. TURNBULL
                        Assistant United States Attorney
                        P.O. Box 208
                        Grand Rapids, Michigan 49501-0208
                        (616) 456-2404