Filed Under Restricted Access

# EXHIBIT 1

| STATE OF MICHIGAN | | PETITION FOR | CASE NO. and JUDGE |
|---|---|---|---|
| 45th **JUDICIAL CIRCUIT** St. Joseph **COUNTY** | | **PERSONAL PROTECTION ORDER (DOMESTIC RELATIONSHIP)** | 24·382·PP |

Assigned to:

| Court address | | Court telephone no. |
|---|---|---|
| 125 W. Main St PO Box 189 Centreville MI 49032 Hon. JEFFREY C. MIDDLETON | | 269-467-5531 |

**(A)** Petitioner's name | Age | Respondent's name, address, and telephone no. | Age

Age: 100

v

William Christopher Vandenberge

Age: 57

**(B)** 1. The petitioner and respondent ☐ are married to each other. ☐ were married to each other. ☐ have a child in common. ☒ have or had a dating relationship. ☒ reside or resided in the same household.

**(C)** 2. ☐ The respondent is required to carry a firearm in the course of his/her employment. ☐ Unknown.

**(D)** 3. a. There ☒ are ☐ are not other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| 23-2246SM | St. Joseph | Jeffrey Middleton |

b. There ☐ are ☐ are not orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of Judge |
|---|---|---|
| | | **FILED** |

**(E)** 4. I need a personal protection order because: Explain what has happened. Attach separate sheet(s).

**(F)** 5. I ask the court to grant a personal protection order prohibiting the respondent from:

JUN 06 2024

Lindsay Oswald
St. Joseph County Clerk

    ☒ a. entering onto the property where I live. I state that either I have a property interest in the premises, I am married to the respondent, or the respondent has no property interest in the premises.

    ☒ b. entering onto the property at ▮▮▮▮▮▮▮▮
         Address

    ☒ c. assaulting, attacking, beating, molesting, or wounding ▮▮▮▮▮▮▮▮
         Name(s)

    ☐ d. removing the minor children from the petitioner who has legal custody, except as allowed by a custody or parenting time order as long as removal of the children does not violate other conditions of the personal protection order.

    ☒ e. stalking as defined under MCL 750.411h and MCL 750.411i, which includes but is not limited to:
        ☒ following me or appearing within my sight.   ☒ appearing at my workplace or residence.
        ☒ sending mail or other communications to me.   ☒ contacting me by telephone.
        ☒ approaching or confronting me in a public place or on private property.
        ☒ entering onto or remaining on property owned, leased, or occupied by me.
        ☒ placing an object on or delivering an object to property owned, leased, or occupied by me.

    ☐ f. interfering with efforts to remove my children/personal property from premises solely owned/leased by the respondent.

Approved, SCAO
Form CC 375, Rev. 3/23
MCL 600.2950, MCL 600.2950a, MCR 3.703

**Form Instructions**

Distribute form to:
Court
Judge/Assignment clerk
Respondent
Petitioner
Return

CLK-PPOP

2024000382PP

Petition for Personal Protection Order (Domestic Relationship) (3/23)
Page 2 of 2

Case No. _____

☐ g. threatening to kill or physically injure ████████████████████

☒ h. interfering with me at my place of employment or education or engaging in conduct that impairs my employment or educational relationship or environment.

☐ i. having access to information in records concerning a minor child of mine and the respondent that will reveal my address, telephone number, or employment address or that will reveal the child's address or telephone number.

☐ j. intentionally causing me mental distress or exerting control over me by:
☒ injuring, killing, torturing, or neglecting, or threatening to injure, kill, torture, or neglect any animal in which I have an ownership interest.
☒ removing any animal from my possession in which I have an ownership interest.
☐ retaining or obtaining possession of any animal in which I have an ownership interest.

☒ k. purchasing or possessing a firearm.

☐ l. other: _____

(G) 6. I make this petition under the authority of MCL 600.2950/MCL 600.2950a and ask the court to grant a personal protection order.

☐ I request an ex parte order because immediate and irreparable injury, loss, or damage will occur between now and a hearing or because notice itself will cause irreparable injury, loss, or damage before the order can be entered.

(H) ☐ 7. I have a next friend petitioning for me. I certify that the next friend is not disqualified by statute and is an adult.

(I) 6-6-24
Date

████████████████████
Petitioner's/Next friend's signature

████████████████████
Name (type or print)

## SUPPLEMENT TO PPO REQUEST

### Answer all the following questions. Do not leave any blanks.

1. Has the person ever used physical force, or touched you against your will? _X_ Yes     ___ No.

   If 'Yes', what was most recent date of that incident: Month _May_, Date _31st_, Year _2024_

   Describe exactly what the person did that time that was violent: Threw food at me driving down the road. Then grabbed so hard and split my arm open when he wouldn't release my arm.

2. Was there another earlier incident involving physical force against you? _X_ Yes     ___ No.

   If 'Yes', when was the earlier one: Month _7_, Date _2_, Year _23_.

   Describe this earlier physical incident: I had found out he stole over 20 thousand dollars from my bank account

3. Has the person ever threatened to harm you ? _X_ Yes     ___ No.
   If so, did the threat involve using a weapon? _X_ Yes     ___ No.

   When was most recent threat: Month _6_, Date _6_, Year _2024_

   Where was this threat made? _My house_

   Quote the exact words used in the threat: Knocked on windows said he is comming back to get me + destroy my pool. He pulled up my inground light

4. Are there any other, earlier threats of harm?   ___ Yes     ___ No.     If 'Yes', when was this earlier threat:

   Month_____, Date_____, Year_____. Quote the exact words used:

5. Has the person ever harassed you? _X_ Yes     ___ No. If 'Yes', give the details, including dates and where it happened:

6. As a result of any of the above physical force, threats, or harassment, describe your current emotions: I am a complete wreck. I cant Sleep Cant eat.

Under penalty of law, I declare all the above answers and statements are true.

Dated _6-6-24_     Signed: ████████████

**AFFIDAVIT IN SUPPORT OF THE**
**PETITION FOR PERSONAL PROTECTION ORDER**

Date: 6-6-24    By [REDACTED]    Against: William Vandenberge

I am begging the Courts for help. My arm
is so scared up. He comes to my house
Knocking on windows+ doors at 2:30Am.
He does nothing but threaten me
Constantly. He stole my gun. The FBI has
it. When it's done being checked out for
other crimes they will return it back
to me. Please help me. I cant continue
living like this. I have tried for so
long to keep peace. The neighbors cant
stand him. He has caused so much trouble.
Please can you help me. I dont know
what else to do.

I declare that the statements above are true to the best of my information, knowledge and belief. I understand that if I did not tell the truth in my statement and in my petition for the personal protection order, I could be found guilty of a criminal misdemeanor.

6-6-24
Date

Moving party

| **STATE OF MICHIGAN** | Ⓐ PERSONAL PROTECTION ORDER | Ⓑ **CASE NO. and JUDGE** |
|---|---|---|
| 45th       **JUDICIAL CIRCUIT** | ☑ **EX PARTE** | 24-382 PP |
| St. Joseph       **COUNTY** | **(DOMESTIC RELATIONSHIP)** | Hon. Jeffrey C. Middleton |

| ORI | Court address | Court telephone no. |
|---|---|---|
| MI- MI750015J | 125 W. Main St.,PO BOX 189, Centreville, MI 49032 | 269.467.5531 |

Ⓒ
| Petitioner's name | | Respondent's name, address, and telephone no. |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | **v** | William Christopher Vandenberge  AKA Joshua T Blake |
| Address and telephone no. where court can reach petitioner | | Unknown |
| ▮▮▮▮▮▮▮▮ | | 347.812.5631 |

Ⓓ
| Full name of respondent (type or print)* | | | | | | | Driver's license number (if known) |
|---|---|---|---|---|---|---|---|
| William Christopher Vandenberge  AKA Joshua T Blake | | | | | | | MI/ B 420 440 784 919 |

| Height | Weight | Race* | Sex* | Date of birth or age* | Hair color | Eye color | Other identifying information |
|---|---|---|---|---|---|---|---|
| 6'1" | 200 | WHT | M | 12/02/1966 | GRY | BRO | Tat: Neck |

*These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.       **Needed for NCIC entry

Date: _06/06/2024_____       Judge: _Hon. Jeffrey C. Middleton_____

1. This order is entered    ☑ without a hearing.    ☐ **after hearing.

**THE COURT FINDS:**

☑ 2. A petition requested respondent be prohibited from entry onto the premises, and either the parties are married, petitioner has a property interest in the premises, or respondent does not have a property interest in the premises.

☑ 3. Petitioner requested an ex parte order, which should be entered without notice because irreparable injury, loss, or damage will result from the delay required to give notice or notice itself will precipitate adverse action before the order can be issued.

** ☑ 4. Respondent poses a credible threat to the physical safety of petitioner and/or a child of petitioner.

☑ 5. Respondent    ☑ **is the spouse or former spouse of petitioner, had a child in common with petitioner, or is residing or had resided in the same household as petitioner.    ☑ has or had a dating relationship with petitioner.

**IT IS ORDERED:**

6. _William Christopher Vandenberge  AKA Joshua T Blake_____ is prohibited from:
   Name

   ☑ a. entering onto property where petitioner lives.

   ☑ b. entering onto property at ▮▮▮▮▮▮▮_____ .

   ** ☑ c. assaulting, attacking, beating, molesting, or wounding ▮▮▮▮▮▮▮_____ .
   Name

   ☐ d. removing minor children from petitioner who has **legal** custody, except as allowed by custody or parenting-time order provided removal of the children does not violate other conditions of this order. An existing custody order is dated _____ . An existing parenting-time order is dated _____ .

| Approved, SCAO | | Distribute form to: |
|---|---|---|
| Form CC 376, Rev. 3/23 | **Form Instructions** | Court |
| MCL 600.2950, MCR 3.705, MCR 3.706, 18 USC 922(g)(8)(c) | | Law enforcement agency |
| Page 1 of 2 | | Respondent |
| | | Petitioner |
| | | Return |

Personal Protection Order (Domestic Relationship)   (3/23)
Page 2 of 2

Case No. 24-382 PP

## IT IS ORDERED:

6. (continued)

** ☑ e. stalking as defined under MCL 750.411h and MCL 750.411i that includes but is not limited to:
  - ☑ following petitioner ~~or appearing within his/her sight~~.     ☑ appearing at petitioner's workplace or residence.
  - ☑ sending mail or other communications to petitioner.     ☑ contacting petitioner by telephone.
  - ☑ approaching or confronting petitioner in a public place or on private property.
  - ☑ entering onto or remaining on property owned, leased, or occupied by petitioner.
  - ☑ placing an object on or delivering an object to property owned, leased, or occupied by petitioner.

☐ f. interfering with petitioner's efforts to remove his/her children/personal property from premises solely owned/leased by respondent.

** ☑ g. threatening to kill or physically injure ██████████
  Name

☐ h. interfering with petitioner at his/her place of employment or education or engaging in conduct that impairs his/her employment or educational relationship or environment.

☐ i. having access to information in records concerning a minor child of petitioner and respondent that will reveal petitioner's address, telephone number, or employment address or that will reveal the child's address or telephone number.

☐ j. intentionally causing petitioner mental distress or exerting control over petitioner by:
  - ☐ injuring, killing, torturing, or neglecting, or threatening to injure, kill, torture, or neglect any animal in which petitioner has an ownership interest.
  - ☐ removing any animal from his/her possession in which petitioner has an ownership interest.
  - ☐ retaining or obtaining possession of any animal in which petitioner has an ownership interest.

** ☑ k. purchasing or possessing a firearm.

☑ l. other: No contact via text, email; facebook or any social media.

7. As a result of this order, federal and/or state law may prohibit you from possessing or purchasing ammunition or a firearm.

8. Violation of this order subjects respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.

9. **This order is effective when signed, enforceable immediately, and remains in effect until** 06/06/2025 . This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service, may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.

10. The court clerk shall file this order with St. Joseph County Sheriff's Department who will enter it into the LEIN.
   Name of law enforcement agency

11. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.

12. A motion to extend the order must be filed 3 days before the expiration date in item 9 or a new petition must be filed.

_Jeffrey C. Middleton_                                            06/06/2024

DISTRICT COURT JUDGE
SIGNED BY PROXY

Hon. Jeffrey C. Middleton

## JUDGE'S MEMORANDUM REGARDING PPO REQUEST

PETITIONER ██████████████████   FILE NO:   24-382 PP

RESPONDENT: William Christopher Vanenberge AKA Joshua T. Blake

AGES OF PARTIES PROPER?   ✔ YES _____ NO

**EX PARTE RELIEF:** Does it clearly appear from specific facts that immediate and irreparable injury, loss or damage will result from the time it would take to hold a hearing, or from notice of the hearing itself: ✔ YES ___ NO

COMMENTS: Injury recent and recent threat of harm; past theft of a gun and money
_____

_____

FOR *DOMESTIC* ORDERS UNDER MCL 600.2950: Is this against a spouse, former spouse, common parent of a child, someone in a dating relationship or resident (or former resident) of the same household? ___ YES ___ NO

--Is there reasonable cause to believe the person may commit a "prohibited act"? (May consider past conduct and threats.)

   YES      NO

COMMENTS: Not sure where he lives.
_____

_____

FOR *STALKING* ORDERS UNDER MCL 600.2950A: Have there been two or more incidents: ___YES ___NO

--of "unconsented contact"?      YES      NO

---which would cause a reasonable person "emotional distress or significant mental suffering" as required by statute?

   YES      NO

CONCLUSION: In light of the above analysis, it is determined that:

   ✔ a PPO should be entered **ex parte.**

_____ *Ex parte* relief is not proper, but a PPO might still be entered after a hearing, if petitioner requests a hearing. More particular facts are necessary to support the Petition under MCR 3.703 (8)(2).

_____ An *EMERGENCY* HEARING DATE IS HEREBY RESERVED FOR _____ at _____.am/pm, it will be held <u>only</u> if Petitioner serves Respondent with a Notice of Hearing at least 24 hours prior to the hearing.

_____ A PPO should not be entered due to the deficiencies noted above.

OTHER: _____

*Jeffrey C. Middleton*

06/06/2024

BY: _____
DISTRICT COURT JUDGE
SIGNED BY PROXY

Jeffrey C. Middleton P33555 (District Judge)



## St. Joseph County Office of Prosecuting Attorney

P.O. Box 250
Centreville, MI 49032
(269) 467-5547 (voice)
(269) 467-5658 (fax)

PROSECUTING ATTORNEY
David A. Marvin

CHIEF ASST. PROSECUTING ATTORNEY
Joshua S. Robare

ASSISTANT PROSECUTING ATTORNEY

Date: 07/18/2024

Department: MICHIGAN STATE POLICE POST 54

Officer in Charge: TROOPER HUNTER BOWERSOX

Complaint Number: 54-3504-24

Alleged Perpetrator: WILLIAM CHRISTOPHER VANDENBERGE

Complainant:

Alleged Offense: PPO VIOLATION

The Prosecuting Attorney, St. Joseph County, by and through, David A. Marvin, declines to authorize criminal prosecution, at this time, because of the following reasons:

The Lein documents provided state that the Personal Protection Order had not been served on William Vandenberge.
Also, the report that was submitted does not provide context to the PPO violation. There was no interview with the thrid party who called law enforcement to report the violation. The police report does not contain that person's name which would make it impossible for them to be subpoenaed to testify at a violation hearing. It also appears that the protected party,               was not interviewed. To successfully represent her on this PPO violation, we would need to know information about when William showed up at her house, how long he had been there, and if he had said or done anythingwhile he was at her house.

Joshua Robare, P75802
Prosecuting Attorney

Copies to:
Cc: District Court
    Jail

CTN: 2024001057 DEC

Personal Protection Order (Domestic Relationship)    (3/23)                    Case No. __24-382 PP__

---

### PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the personal protection order and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☒ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the respondent (copy of return receipt attached)    a copy of the personal protection order, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the personal protection order, together with the attachments listed below, and have been unable to complete service on:

| Respondent's name | Date and time of service |
|---|---|
| William Vandenberge | 7/19/24    9:40AM |

| Place or address of service |
|---|
| 650 E. Main St. Centreville mi. 49032 |

| Attachments (if any) |
|---|
| |

**FILED**

**JUL 22 2024**

☒ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

Lindsay Oswald
St. Joseph County Clerk

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) Sgt Jim Hasbrouck |

---

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the personal protection order, together with

_____
Attachments (if any)

_____    _____
Date and time                      Respondent's signature

                                   _____
                                   Name (type or print)



MCR 3.706(D)



CLK-POS

Petition for Personal Protection Order (Domestic Relationship)   (3/23)                    Case No. __24-382 PP__

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the petition for personal protection order and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☑ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the respondent (copy of return receipt attached)   a copy of the petition for personal protection order, together with the attachments listed below, on:

☐ I have attempted to serve the petition for personal protection order, together with the attachments listed below, and have been unable to complete service on:

| Respondent's name | Date and time of service |
|---|---|
| William Vandenberge | 7/19/24    9:40 AM |

| Place or address of service |
|---|
| 650 E. Main St. Centreville, mt. 49032 |

| Attachments (if any) |
|---|
| |

☒ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Sgt. Jim Hasbrouck |

Name (type or print)

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the petition for personal protection order, together with

_____
Attachments (if any)

_____        _____
Date and time                                                               Respondent's signature

_____
Name (type or print)

MCR 2.105(A), MCR 3.705.

STATE OF MICHIGAN

CIRCUIT COURT FOR THE COUNTY OF ST. JOSEPH

████████████████

VS                                        FILE NO.24-382-PP

WILLIAM CHRISTOPHER VANDENBERGE

PROOF OF SERVICE ON SHERIFF FOR LEIN ENTRY

The undersigned, a Deputy County Clerk, says that she has filed certified copy of a Personal Protection Order dated June 6, 2024, ~~(with proof of service)~~ by putting a copy in the St. Joseph County Circuit Court inter-office mail box in compliance with the responsibility as Clerk of the Circuit Court of St. Joseph County under MSA 25.94(3)(MCL 522.14(3)) on the 6TH day of June, 2024.

*Melissa Patch*

_____
                                        Deputy Clerk

STATE OF MICHIGAN

CIRCUIT COURT FOR THE COUNTY OF ST. JOSEPH

██████████████

VS

FILE NO. 24-382 PP

WILLIAM CHRISTOPHER

PROOF OF SERVICE ON SHERIFF FOR LEIN ENTRY

The undersigned, a Deputy County Clerk, says that she has filed a certified copy of Personal Protection Order dated June 6, 2024 (with proof of service) by putting a copy in the St. Joseph County Sheriff's Department inter-office mailbox in compliance with the responsibility as Clerk of the Circuit Court of St. Joseph County under MSA 25.94(3) (MCL 522.14(3)) on the 22ND Day of July, 2024.

_____JILL ROSS_____
Deputy Clerk

| STATE OF MICHIGAN | MOTION TO SHOW CAUSE | (A) CASE NO. and JUDGE |
|---|---|---|
| 45th        JUDICIAL CIRCUIT | FOR VIOLATING VALID PERSONAL/ | 24-382-PP |
| St. Joseph        COUNTY | FOREIGN PROTECTION ORDER | Hon. Jeffrey C. Middleton |

In the matter of contempt of
2024001415

**Court address**        Court telephone no.
125 W. Main St. Centreville, MI 49032

(B) Petitioner's name ▮▮▮▮▮▮▮▮

Address and telephone no. where court can reach petitioner
▮▮▮▮▮▮▮▮

v

Respondent's name, address and telephone no.
William Christopher Vandenberge

## AFFIDAVIT AND MOTION

(C) 1. I am the protected party in a valid personal/foreign protection order dated 06-06-2024 _____ and

issued by the 45th Circuit _____ Court, case number 24-382-PP _____ .
**Attached is a copy of that order and either proof of service on or notification to the respondent of that order.**

(D) 2. The respondent has violated the order by doing the following:
Explain what has happened and include dates, times, and events (attach any supporting documents, such as a complaint filed with the police.)
PPO VIOLATION OF VANDENBERGE, WILLIAM CHRISTOPHER

3 violations as follows:
6A - Entering onto property where petitioner lives.
68 - Entering onto property a ▮▮▮▮▮▮▮▮
6E6 - Entering onto or remaining on property owned, leased, or occupied
by petitioner.

3. I request the court to order the respondent to appear at a specified time to answer a contempt charge or to issue
a bench warrant for the arrest of the respondent.

4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts
in this affidavit.

_____ 
Signature

(E) Subscribed and sworn to before me on  9/30/24
        Date

MISTY LAMBERT
Notary Public, St. Joseph County, MI
My Commission Expires 01-04-2030

_____ Misty Lambert
Deputy clerk/Notary public signature

My commission expires on _____ .  Misty LAmbert
        Name (type or print)

Notary public, State of Michigan, County of St. Joseph . ☐ Acting in the County of _____ .
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Approved, SCAO
Form CC 382m, Rev. 3/23
MCR 3.708(B)
Page 1 of 1

Distribute form to:
Court
Judge/Assignment clerk
Respondent
Petitioner
Return

| STATE OF MICHIGAN | ORDER TO SHOW CAUSE | (A) CASE NO. and JUDGE |
|---|---|---|
| 45th  JUDICIAL CIRCUIT | FOR VIOLATING VALID PERSONAL/ | 24-382-PP |
| St. Joseph  COUNTY | FOREIGN PROTECTION ORDER | Hon. Jeffrey C. Middleton  In the matter of contempt of  2024001415 |

Court address                                                                                              Court telephone no.

125 W. Main St. Centreville, MI 49032

(B) Petitioner's name

[redacted]

Address and telephone no. where court can reach petitioner

[redacted]

v    Respondent's name, address and telephone no.

William Christopher Vandenberge

The court has reviewed the motion to show cause dated __09/30/2024__ and
<br>Date

**IT IS ORDERED:**

☒ 1. The respondent is ordered to appear before this court on __09/30/2024 @ 3:30 P.M.__ at
<br>Date and time

☐ the court address above

☐ courtroom number _____

☒ For arraingment via ZOOM.

to show cause why the respondent should not be held in contempt for violating a valid personal/foreign protection order. Failure to appear for this contempt hearing may result in a bench warrant being issued for the respondent's arrest. The petitioner shall serve this motion and order on the respondent at least 7 days before the hearing date.

☐ 2. A bench warrant shall be issued for the respondent's arrest to answer a contempt charge for violating a valid personal/foreign protection order.

_____
<br>Judge signature and date

If you require accommodations to use the court because of disabilities, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Approved, SCAO
Form CC 382o, Rev. 3/23
MCR 3.708(B)
Page 1 of 1

Distribute form to:
Court
Judge/Assignment clerk
Respondent
Petitioner
Return

Order to Show Cause for Violating Valid Personal/Foreign Protection Order    (3/23)        Case No. 24-982-PP

### PROOF OF SERVICE

TO PROCESS SERVER: You must serve the motion and order to show cause for violating valid personal/foreign protection order and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☒ I personally served a copy of the motion and order to show cause for violating valid personal/foreign protection order, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the motion and order to show cause for violating valid personal/foreign protection order, together with the attachments listed below, and have been unable to complete service on:

| Respondent's name | Date and time of service |
|---|---|
| William Christopher Vandenberge | 09/30/2024 |

Place or address of service
SJSH- 650 E. Main St., Centreville, MI 49032

Attachments (if any)

I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | | Signature |
|---|---|---|---|---|
| $ | | $ | | Name (type or print)  Sgt Pice, Kyle |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | |
| $ | | $ | $ | |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the motion and order to show cause for violating valid personal/foreign protection order, together with

Attachments (if any)

Date and time

Respondent's signature

Name (type or print)

MCR 3.708

# *ST. JOSEPH SHERIFF*

## Investigation Report
*Detailed*
**INCD#: 75-24-007017**    **CFS#: 24-041114**
4800 - Obstructing Police
Printed On: 09/30/2024  7:32 AM



### Incident Location
Location Type:  Highway/Road/Alley
District/Zone:  Mendon Twp
Beat/Area:  SHERIFF DEPT
Bus/Common:
Address:

### Report Information
Date:  09/28/2024    At:  23:41:49
Report Type:  Investigation Report

### Incident Date and Time
From:  09/28/2024    At:  23:41:49
To:  09/28/2024    At:  23:41:49

### Incident Origin
How Received:  911 Call
Received From:  23:41:49  Thru:  00:00:00  Elapsed Time: 18 minutes
Entered By:  PENN, KEVIN
Entry Date:  9/29/2024    At:  02:45:13
Dispatched Nature:  DOMESTIC ASSAULT IN PROGRESS

### Incident Characteristics
Rpt. Officer:  PENN, KEVIN
Shift:
Lighting:
Weather:
Citations:
[ ]  Weapons Involved     [ ]  Cargo Theft Related

### Caller Information
Last Name:
First Name:
Middle Name:

Address:

Phone:

### Approval Information
Officer:                          Date:                          At:

### Responders and Times

| Responder ID | Dispatched | Enroute | At Scene | Cleared | Other | Total | Reporting Officer |
|---|---|---|---|---|---|---|---|
| | 23:44:16 | 23:44:18 | 00:04:03 | 00:12:49 | | 27 | No |
| | 01:23:49 | | 01:23:51 | 02:37:02 | | 74 | No |
| | 01:23:49 | | 01:23:52 | 02:37:22 | | 74 | No |
| | 01:20:13 | 01:20:15 | 01:22:49 | 02:37:05 | | 77 | No |
| | 01:20:25 | 01:20:25 | 01:22:49 | 02:37:25 | | 77 | No |
| HEWITT, NATHAN DANIEL | 23:44:35 | 23:44:37 | 23:55:43 | 00:42:12 | | 57 | No |
| PENN, KEVIN JEAN | 23:43:46 | 23:43:47 | 23:53:16 | 04:33:52 | | 289 | Yes |

### Clearances

| Date | Time | Type |
|---|---|---|
| 09/30/2024 | 642 | Cleared By Arrest - Adult |

### Exceptional Clearances
Date  Type

Disposition
Arrest Made

### Offenses

| No. | Code UCR | Description Larceny Type | Level Hate/Bias | Status |
|---|---|---|---|---|
| 1 | 4801 | RESISTING OFFICER | Misdemeanor 1 No Bias/Not Applicable | Committed |

**Type of Criminal Activity**
1: None/Unknown       2:                    3:
**Suspected of Using**
1: Not Applicable       2:                    3:
**Type of Weapon/Force Used**
1: Unknown              2:                    3:

# *ST. JOSEPH SHERIFF*

## Investigation Report

Detailed
INCD#: 75-24-007017    CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024 7:32 AM

**Location Type**
Primary: Highway/Road/Alley                          Secondary:
Premises Entered:    ☐  Premises Occupied

**Method of Entry**                                  Motor Vehicle Theft
Not Applicable

**Breaking and Entering**
Entry 1:                          2:                    3:
Exit   1:                          2:                    3:

**Method Of Operation**
1:            2:            3:            4:            5:

**Gangs**
1:                          2:

---

| 2 | 5007 | OBSTRUCTING COURT ORDER | Misdemeanor 1 | Committed |
|---|------|-------------------------|---------------|-----------|
|   |      |                         | No Bias/Not Applicable | |

**Type of Criminal Activity**
1: None/Unknown              2:                    3:

**Suspected of Using**
1: Not Applicable            2:                    3:

**Type of Weapon/Force Used**
1: Unknown                   2:                    3:

**Location Type**
Primary: Highway/Road/Alley                          Secondary:
Premises Entered:    ☐  Premises Occupied

**Method of Entry**                                  Motor Vehicle Theft
Not Applicable

**Breaking and Entering**
Entry 1:                          2:                    3:
Exit   1:                          2:                    3:

**Method Of Operation**
1:            2:            3:            4:            5:

**Gangs**
1:                          2:

---

**Involved Parties**

Person Type: COMPLAINANT: 1                    ☐ Person is a Complainant    ☐ Juvenile at time of incident
Name:                                         Birth Date:                 Age: 00
Address:                                      Hair Color:                 Eye Color:
Driver Lic. No.:              Expiration:     Height From:                Height To:
State/Prov:                                   Weight From:  0             Weight To:  0
Phone:
SSN/ID:   Redacted               Sex Offender: No    Place Of Birth:
                                                     Resident Status: Unknown
University/College Use                               Deceased Date:
☐ Student  ☐ Faculty  ☐ Staff  ☐ Non-Affiliated

Injuries
☐ No Injury          ☐ Apparent Broken Bones   ☐ Possible Internal      ☐ Severe Laceration   ☐ Loss Of Teeth
☐ Unconsciousness    ☐ Other Major Injury      ☐ Apparent Minor Injury  ☐ Fatal               ☐ Unknown

# ST. JOSEPH SHERIFF

Investigation Report

Detailed

**INCD#: 75-24-007017**    **CFS#: 24-041114**

4800 - Obstructing Police

Printed On: 09/30/2024  7:32 AM



## Demographics

| | | |
|---|---|---|
| Sex: | NA | Race: | Unknown / Other |
| Marital Status: N/A | | Ethnicity: |
| Religion: | | Nationality: |
| Gang: | | |

Person Type: OFFENDER - ADULT: 1

Name: VANDENBERGE, WILLIAM CHRISTOPHER

Address:

Driver Lic. No.:                          Expiration:

State/Prov:

Phone:     203.918.2921

SSN/ID:    Redacted                     Sex Offender:  No

☐ Person is a Complainant    ☐ Juvenile at time of incident

Birth Date:    12/02/1967        Age:  56

Hair Color:                    Eye Color:

Height From:                   Height To:

Weight From:    0             Weight To:    0

Place Of Birth:

Resident Status: Resident

Deceased Date:

University/College Use

☐ Student   ☐ Faculty   ☐ Staff   ☐ Non-Affiliated

### Injuries

☐ No Injury   ☐ Apparent Broken Bones   ☐ Possible Internal   ☐ Severe Laceration   ☐ Loss Of Teeth

☐ Unconsciousness   ☐ Other Major Injury   ☐ Apparent Minor Injury   ☐ Fatal   ☐ Unknown

## Demographics

| | | |
|---|---|---|
| Sex: | Male | Race: | White |
| Marital Status: | | Ethnicity: |
| Religion: | | Nationality: | United States |
| Gang: | | |

Person Type: VICTIM: 1

Name:

Address:

Driver Lic. No.:                          Expiration:

State/Prov:    Michigan

Phone:

SSN/ID:    Redacted                     Sex Offender:  No

☐ Person is a Complainant    ☐ Juvenile at time of incident

Birth Date:        963        Age:  61

Hair Color:    BRO          Eye Color:  BLU

Height From:    502          Height To:    502

Weight From:    190          Weight To:    190

Place Of Birth:

Resident Status: Resident

Deceased Date:

University/College Use

☐ Student   ☐ Faculty   ☐ Staff   ☐ Non-Affiliated

### Injuries

☐ No Injury   ☐ Apparent Broken Bones   ☐ Possible Internal   ☐ Severe Laceration   ☐ Loss Of Teeth

☐ Unconsciousness   ☐ Other Major Injury   ☐ Apparent Minor Injury   ☐ Fatal   ☐ Unknown

## Demographics

| | | |
|---|---|---|
| Sex: | Female | Race: | White |
| Marital Status: N/A | | Ethnicity: |
| Religion: | | Nationality: | United States |
| Gang: | | |

# ST. JOSEPH SHERIFF

Investigation Report
*Detailed*
INCD#: 75-24-007017    CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024  7:32 AM

| | | | |
|---|---|---|---|
| Person Type: VICTIM: 2 | | ☐ Person is a Complainant | ☐ Juvenile at time of incident |
| Name:    SOCIETY, | | Birth Date: | Age: |
| Address: | | Hair Color: | Eye Color: |
| Driver Lic. No.: | Expiration: | Height From: | Height To: |
| State/Prov: | | Weight From:    0 | Weight To:    0 |
| Phone:    (O) | | | |
| SSN/ID:    Redacted | Sex Offender:  No | Place Of Birth: | |
| | | Resident Status: Resident | |

University/College Use
☐ Student  ☐ Faculty  ☐ Staff  ☐ Non-Affiliated

Deceased Date:

Injuries
☐ No Injury  ☐ Apparent Broken Bones  ☐ Possible Internal  ☐ Severe Laceration  ☐ Loss Of Teeth
☐ Unconsciousness  ☐ Other Major Injury  ☐ Apparent Minor Injury  ☐ Fatal  ☐ Unknown

**Demographics**

Sex:    NA
Marital Status: N/A
Religion:
Gang:

Race:
Ethnicity:
Nationality:    United States

Reporting Officer Signature: _____    Signed Date:

Approving Officer Signature: _____    Signed Date:

# ST. JOSEPH SHERIFF

Investigation Report
*Detailed*
INCD#: 75-24-007017      CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024  7:32 AM

### Narratives

Subject:

Type                    Date   Time  Author                    Approving Officer
Initial Narrative       09/28/2024  2341  PENN, KEVIN JEAN

# *ST. JOSEPH SHERIFF*



Investigation Report

*Detailed*
INCD#: 75-24-007017      CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024  7:32 AM

<u>Narratives</u>                                        Subject:

| Type | Date  Time  Author | Approving Officer |
|---|---|---|
| Dispatch Narrative | 09/28/2024  2342  BEEBE, ASHLEY NICHOLE | |

09/28/2024 23:42:27 - CP STATING A DOMESTIC ISSUE GOING ON WITH A WILLIAM VANDINBURG
09/28/2024 23:42:44 - IS ETOH AND HAS PPO NOT SUPPOSED TO AT THIS ADDRESS
09/28/2024 23:43:00 - ████████████ TEXT CP ABOUT 5 MIN AGO TO HAVE PD COME RIGHT AWAY
09/28/2024 23:43:04 - BELIEVES ITS PHYSICAL
09/28/2024 23:43:42 - *ALERT TONED
09/28/2024 23:43:54 - ████████████████
09/28/2024 23:44:02 - UNK ON WEAPONS
09/28/2024 23:49:23 - CP HAD STATED MALE WAS OUT ON BOND
09/28/2024 23:55:54 - 7533 - Status Check-10
09/28/2024 23:55:54 - 7521 - Status Check-10
09/28/2024 23:59:06 - 7521 - In Custody-ONE UNDER
09/29/2024 00:00:16 - 7533 - Status Check-10
09/29/2024 00:00:16 - 7521 - Status Check-10
09/29/2024 00:04:15 - 7533 - Status Check-10
09/29/2024 00:04:15 - 7521 - Status Check-10
09/29/2024 00:04:15 - 5434 - Status Check-10
09/29/2024 01:19:47 - 7521 - Status Check-REQ 99 UNITS HELP REMOVE SUBJ FROM VEH

# *ST. JOSEPH SHERIFF*



Investigation Report
*Detailed*
**INCD#: 75-24-007017**   **CFS#: 24-041114**
4800 - Obstructing Police
Printed On: 09/30/2024 7:32 AM

---

<u>Narratives</u>                       Subject: Initial

| Type | Date Time Author | Approving Officer |
|---|---|---|
| Investigative Information | 09/30/2024 0643 PENN, KEVIN JEAN | |

### DATE & TIME

September 28, 2024, at approximately 2341 hours.

### LOCATION

████████████████████

### IDENTIFICATION

It should be noted that the identification of the suspect in this case is complex. While the name from the Secretary of State response is William Christopher Vandenberge, with a date of birth of December 2, 1967, the PPO shows under Vandenberge, William C, DOB 12/02/1967, and the PPO response shows up under Vandenberge, William, DOB 12/02/1966.

There are over ten aliases through my search for this subject and multiple dates of birth listed for the subject.

I was advised by Deputy Wertheimer that he had also dealt with the subject, having a fake ID out of Florida.

While I was unable to locate a SID number under the name of William Christopher Vandenberge, I was able to locate criminal history responses out of Florida, New York, Georgia, Illinois, Minnesota, and Wisconsin. It should be noted that corrections did provide paperwork advising that a SID number had never been assigned to Vandenberge. I was then provided with the number of 6701947T.

The printout of the response that the jail received from fingerprinting of the subject is attached.

### PRIOR HISTORY

It should be noted that I have been advised of problems with the suspect in this case, William Christopher Vandenberge, in the past.

I believe my original contact reference Vandenberge was from probation/parole, reference attempting to go to the listed incident address, as he was violating a court order by being there with a female on scene. I was advised that his probation/parole was being transferred from another state, and there was extensive history with multiple aliases and possible mob connections.

I also spoke with Deputy Jennings, who had handled a complaint with Vandenberge being the suspect, stealing money from a female living at the address.

It is also to my understanding that Vandenberge had a domestic assault arrest by Deputy Wertheimer.

### DISPATCH INFO EN ROUTE

En route to the call, I requested that dispatch run the suspect, along with any related aliases to him, due to my prior knowledge.

# ST. JOSEPH SHERIFF

**Investigation Report**
Detailed
INCD#: 75-24-007017      CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024  7:32 AM



I was advised that there was a bond condition and a served PPO protecting the involved party.

## ARRIVAL ON SCENE

Upon my arrival on scene, I looked to the front of the residence and listened at the front door/front windows, and I heard what sounded to be an intoxicated male and an intoxicated female arguing in the residence.

I knocked on the door, which was answered by a female, later identified as ▮▮▮▮▮▮▮▮ She advised me to come in, and I asked her to step outside. I asked her where he was, and she indicated that he was sitting in the living room in a chair.

I then stepped inside, and at that time, the suspect, William Vandenberge, was sitting in a chair, facing approximately forty-five degrees away from me. He was looking over toward me, and I could only see his left hand. I told him to let me see his hands, and at that approximate time, ▮▮▮▮ attempted to push me into the residence further toward him. I ordered Vandenberge again to let me see his hands, however, he still held his right hand down, beside a blanket that was covering him, and gave no response.

I then walked over to Vandenberge and ordered him to stand up, to which he did not.

I asked Vandenberge if he wanted me to put him on the ground or not, and grabbed ahold of his right hand and pulled it away from the blanket.

## USE OF FORCE

I was still gaining no compliance, even with my verbal orders, and while holding William Vandenberge's right hand, I attempted to pull him out of the chair. I also had to grab ahold over his right shoulder and pull him off of the chair, onto the floor. While on the floor, I pulled his right hand behind his back while Deputy Hewitt assisted in maintaining control of his left hand, handcuffing Vandenberge behind his back.

I then searched Vandenberge and ordered him to stand up, to which he stated that he was not going to stand up. I ordered him to stand up again and gained no compliance. Deputy Hewitt and I had to pick him up and walk him toward the door, where he fell to the ground. He was then ordered multiple additional times to stand up, again with no compliance, and we were assisted by Reserve Deputy Kyle Buchanan, who grabbed ahold of his ankles while Deputy Hewitt and I held him by his arms. We then had to carry Vandenberge out of the door, across the yard, and to my patrol car. Deputies set him down in the grass near my patrol car, and when my patrol car was opened, Deputy Hewitt, along with Reserve Deputy Buchanan, assisted in putting Vandenberge in the rear of my cruiser.

## FURTHER CONTACT -- ▮▮▮▮▮▮▮▮

I spoke with ▮▮▮▮▮▮▮▮ inside of the residence; she was intoxicated.

Taylor stated that no assault occurred tonight, just the PPO violation.

## THREATS BY WILLIAM VANDENBERGE

Throughout my contact, I received multiple threats from William Vandenberge, including, but not limited to the following:

Vandenberge advised that if he had his handcuffs off, he would punch me in the face.

# ST. JOSEPH SHERIFF

Investigation Report
Detailed
INCD#: 75-24-007017      CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024 7:32 AM



Vandenberge asked me something in regard to what would happen if he killed her, to which I believed he was referring to ██████████

When we arrived at the hospital, Vandenberge was ordered to exit the vehicle and refused.

Vandenberge stated that even in handcuffs he would fuck me up, and stated that if he was not in handcuffs, he would kill me.

At the hospital, Vandenberge pulled out his penis and peed on the bed, stating that if he could have, he would have peed on me. Vandenberge also stated, "I gotta shit now," and "Can I shit on you?"

Sturgis Police Department advised that Vandenberge told officers that he had a Glock 17, even though he knew he was not supposed to.

Vandenberge also stated that he planned to move back to New York tomorrow.

While in the backseat of my patrol car, Vandenberge threatened my family and stated that he would choke me and kill me. He started to state, "Kill a cop, eat a pig," over and over, and began to spit in the back of my car.

## TRANSPORT TO ST. JOSEPH COUNTY JAIL

I transported William Vandenberge to the St. Joseph County Jail and lodged him for three counts of R & O, along with the PPO violation.

I was advised by corrections staff that Vandenberge's blood alcohol content was .32 and he would need medical clearance.

## STURGIS EMERGENCY ROOM

I transported William Vandenberge to Sturgis emergency room, where I received medical clearance to lodge him at the county jail.

It should be noted that when attempting to have Vandenberge exit the patrol vehicle while at the ER, he refused to exit, after multiple verbal commands. I then requested that Sturgis Police Department assist, and Officer Frank Noel, Officer Dillon Ware, Officer Nathan Johnson, and Officer Brian Freds arrived on scene to assist. Eventually, Vandenberge did exit the vehicle and walked into the hospital.

Note – even while Vandenberge was intoxicated at the hospital, he was able to walk around compliantly, and clearly his inability to walk at the residence was by choice.

## SECOND LODGING

I returned William Vandenberge to the St. Joseph County Jail and lodged him for the original noted charges.

## PPO

I found a valid PPO for William Vandenberge in LEIN, showing a served date of July 19, 2024.

The PPO listed the protected person as ████████████████

The PPO lists prohibited actions, including appearing at petitioner's residence, entering onto or remaining on

# ST. JOSEPH SHERIFF

Investigation Report
Detailed
INCD#: 75-24-007017    CFS#: 24-041114
4800 - Obstructing Police
Printed On: 09/30/2024  7:32 AM



property owned, leased, or occupied by petitioner, and purchasing or possessing a firearm.

### BOND CONDITION

There was a bond conditional release order for William Vandenberge, showing a protected person of ████████████████ listing that there should be no contact or appearance at the residence with ████████████

### ID OF ████████████

It should be noted that ████████████ was identified by her Michigan issued ID/driver's license.

### IDENTITY OF WILLIAM VANDENBERGE

When I arrived on scene in the residence, I recognized William Vandenberge by his face, specifically the identifying flame tattoos that he has on his neck.

### CRIMINAL HISTORY

Multiple extensive criminal histories/reports are attached to this report.

### BOND INFORMATION RECOMMENDATION REPORT

Completed; requesting that no bond hold be placed on suspect, William Vandenberge.

### MVS

The MVS has been tagged for future use.

### HANDCUFFING

It should be noted that throughout the incident, William Vandenberge was handcuffed, unhandcuffed, and re-handcuffed multiple times. I always double locked and checked the handcuffs for spacing to ensure he had no injuries.

### CONCLUSION

Closed by arrest.

At the time of this report, William Vandenberge was lodged reference the related charges.

Respectfully submitted,

Sergeant Kevin J. Penn, 7521

js
09/30/2024

STATE OF MICHIGAN                PETITION AND ORDER FOR                        CASE NO
45TH CIRCUIT COURT                COURT APPOINTED ATTORNEY

COURT ADDRESS: 125 W. MAIN ST. P.O. BOX 189, CENTREVILLE, MI 49082    COURT TELEPHONE NO: 269-467-5531

| NAME: | S.S.#: | BIRTHDATE | PHONE #: |
|---|---|---|---|
| William Christopher Vandenberge | XXX-XX-5116 | 12/02/1967 | 347.812.6361 |

| | CITY: | STATE: | ZIP: |
|---|---|---|---|
| | | mich | |

EMAIL:

FEES: FOR PPO CASES- $150.00 payable to the County Clerk at the rate of $30.00 per month, due the 20th of each month.
Payments in cash or money order only. First payment due: _____

| RESIDENCE: | OWN | | RENT | | LIVE WITH PARENT |
|---|---|---|---|---|---|
| MARITAL STATUS: | SINGLE | MARRIED | DIVORCED | SEPARATED | NUMBER OF DEPENDANTS: |

EMPLOYMENT:
Length of employment:
Average pay: $ _____ take home per   week   2 weeks   month

OTHER INCOME: (UNEMPLOYMENT, SPOUSE, PUBLIC ASSISTANCE, ETC.):

ASSETS: (VALUSE OF CAR, BANK ACCOUNTS, ELECTRONIC EQUIPT., TOOLS, RECREATIONAL EQUIPT., JEWELRY, FIREARMS, ECT.)

OBLIGATIONS: (MONTLY PAYMENTS OWED FOR RENT, MORTGAGE, CAR, CHILD SUPPORT, ETC.):

"I declare that I am unable to afford to retain an attorney, and I have no means to obtain such funds. I understand the above conditions and agree to repay $150.00 of my attorney and defense/cost at the payment scheduled set forth above."

Dated: 09/30/2024            Signature: X _____

TO RESPONDENT: THE ATTORNEY LISTED AT THE BOTTOM OF THIS PAGE WILL DEFEND YOU.

IF YOU BOND OUT OF JAIL CALL YOUR ATTORNEY'S OFFICE BY TOMORROW TO SET UP APPOINTMENT!

| Luke Nofsinger P79495 <br> 38 North Main St. <br> Three Rivers, MI 49093 <br> 269.806.0347 | RESPONDENT: READ THIS SECTION CAREFULLY <br> YOUR COURT HEARING DATE IS BELOW!! |
|---|---|
| Is appointed to represent Respondent in Court defense. | Respondent is ordered to repay the costs of defense. |
| The next hearing/event is scheduled at : | |
| TYPE OF HEARING:   Pre-Trial PPO Violation | Date: 10/09/2024 at 10:00 A.M. |

09/30/2024
Date

_____ P33555
Hon. Jeffrey C. Middleton

| STATE OF MICHIGAN | PPO arraignment for violation | Case No. |
|---|---|---|
| 45TH JUDICIAL CIRCUIT | ADVICE OF RIGHTS | 24-382-PP |
| ST. JOSEPH COUNTY | | |

Court address - 125 W. Main Street, P.O. Box 190, Centreville, MI 49032                    Court telephone no. 269-467-5531

You have been brought before the Court on an allegation that you violated a PPO where you are the respondent. You have read and understand the allegations against you. If you are found responsible for the alleged violation or admit the allegations, you can be held in criminal contempt (up to 93 days in jail, fines and/or costs, or any combination) or civil contempt (fines and/or cost).

1.  You have the following basic rights:
    (a) To be presumed innocent until proven guilty.
    (b) To plead guilty or not guilty.
    (c) To be tried by a judge without a jury.
    (d) To have the assistance of an attorney.

2.  You have the right to an attorney appointed by the court, (At a cost of $150),or to hire your own attorney if you plead not guilty today.

3.  If you have a trial, you have the following rights:
    (a) To see, hear and question the witnesses against you at trial.
    (b) To call witnesses to testify for you at trial. To have the court order any witnesses you have for defense to appear at the trial.
    (c) To be a witness yourself or to remain silent during the trial.
    (d) To have the prosecutor prove beyond a reasonable doubt that you are guilty of criminal contempt or by clear and convincing evidence in civil contempt.

4. You have the right to be heard on bond.

5. If you plead guilty or no contest and your plea is accepted, you will not have a trial of any kind and will give up the rights listed in items 2 and 3 above.

6. An appeal of right for finding of criminal contempt only may be taken within 21 days.

7. If your plea is accepted, any appeal of your conviction and sentence pursuant to this plea will be by application for leave to appeal and not by right.

8. Federal law and/or state law may prohibit you from possessing or purchasing firearms if you are convicted of or plead to criminal contempt of court for the PPO violation.

9. You will be required to state, orally on the record, that you have read and understand all the above rights that you agree to waive if you plead guilty or no contest.

X_____
Respondents Signature

09/30/2024
_____
Date

William Christopher Vandenberge
_____
Name:

_____
Address

347.812.5361

_____          _____
City, State, Zip                              Telephone no.

| STATE OF MICHIGAN JUDICIAL DISTRICT 45th JUDICIAL CIRCUIT | PRETRIAL RELEASE ORDER ☐ AMENDED CONDITIONS ☐ AMENDED LEIN EXPIRATION DATE | CASE NO. 24-382 PP DISTRICT CASE NO. JUDGE Hon. Jeffrey C. Middleton |
|---|---|---|

| ORI MI- MI750015J | Court address 125 W. Main St.,P.O. Box 189, Centreville, MI 49032 | Court telephone no. 269.467.5531 |
|---|---|---|

| THE PEOPLE OF ☐ The State of Michigan ☐ 45th C.C St. Joseph County | V | Defendant's name, address, and telephone no. William Christopher Vandenberge  AKA Joshua T. Blake Unknown, 347.812.5631 |
|---|---|---|

| | | CTN/TCN 2024001415 | SID | DOB 12/02/1966 |
|---|---|---|---|---|

☐ In the matter of _____

| Date of arrest 09/30/2024 | Type of offense ☑ Misdemeanor ☐ Felony | Arresting agency SJSH | | Agency file no. 75-24-007017 |
|---|---|---|---|---|
| Offense(s) PPO Violation | | Statute/ordinance citation(s) | | |
| Purpose of next appearance Pre-Trial Conference | | | Time of appearance 10:00 A.M. | Date of appearance 10/09/2024 |
| Place of appearance ☑ At the court address above    ☐ Other: | | | | |
| TYPE OF BOND:  ☐ Personal recognizance ☐ Cash/Surety  ☐ Cash/Surety/10% Cash  ☐ Real property* ☐ *Proof of value and interest in real property is required. | | | Full bail amount $ DENIED | Bond set by Judge/Magistrate Hon. Jeffrey C. Middleton |

1. ☐ a. Release on personal recognizance shall be ordered as required by MCR 6.106(C).
   ☐ b. Release on personal recognizance will not reasonably ensure    ☐ appearance,    ☐ public safety.
☐ 2. Under 18 USC 922(g)(8), the court found, at a hearing, that the defendant/juvenile represents a credible threat to the physical safety of one or more persons as defined in 18 USC 922(g)(8) and 18 USC 921(a)(32) and named in item 5q. **Needed for NCIC.
☐ 3. This case is bound over from district court.

IT IS ORDERED:
4. ☐ a. The defendant/juvenile shall post a new bond and comply with the terms and conditions in item 5.
   ☐ b. The bond previously ordered is continued, and the defendant/juvenile shall comply with the terms and conditions in item 5.

5. The defendant/juvenile shall comply with the following terms and conditions that are checked:

   ☑ a. Personally appear for any examination, arraignment, trial, sentencing, or at any time and place as directed by this court. If represented by an attorney in this case, any notice to appear may be given to the defendant's attorney instead of the defendant.

   ☑ b. Abide by any judgment entered in this case and surrender to serve any sentence imposed.

(See additional page for more conditions.)

Approved, SCAO
Form MC 240, Rev. 9/22
MCL 765.6b, MCR 3.935, MCR 6.103, MCR 6.106, MCR 6.610,
18 USC 922(g)(8)
Page 1 of 4

Distribute form to:
Court
Defendant
Prosecutor
Sheriff/Facility
Originating law enforcement agency (when applicable)
LEIN (when applicable)

Pretrial Release Order  (9/22)
Page 2 of 4

Case No. 24-364 PP

IT IS ORDERED (continued):

☑ c.  Do not leave the State of Michigan without the permission of this court.

☑ d.  Do not commit any crime while released.

☑ e.  Immediately notify this court, in writing, of any change of address or telephone number.

☐ f.  Make reports to a court agency as specified by this court or the agency.

☐ g.  Do not use  ☐ alcohol.  ☐ marijuana.  ☐ illegal controlled substances.

☐ h.  Participate in a substance abuse testing or monitoring program.

☐ i.  Participate in a specified treatment program for any physical or mental condition, including substance abuse.

☐ j.  Comply with restrictions on personal association, place of residence, place of employment, or travel.

☐ k.  Surrender driver's license or passport.

☐ l.  Continue to seek employment.

☐ m. Comply with the following curfew: _____

☐ n.  Continue or begin an educational program.

☐ o.  Remain in the custody of a responsible member of the community. The community member agrees to monitor the defendant/juvenile and report any violation of these release conditions to the court.

☐ p.  Do not possess or purchase a firearm or other dangerous weapon.

☐ q.  Do not harass, intimidate, beat, molest, wound, stalk, threaten, or engage in other conduct that would place any of the following persons or a child of any of the following persons in reasonable fear of bodily injury: spouse, former spouse, individual with whom the defendant has a child in common, resident or former resident of the defendant's household.

☐ r.  Do not assault, harass, intimidate, beat, molest, wound, or threaten the following person(s):

_____
Name(s)

☐ s.  Do not have (or cause any third party to have) any direct or indirect contact with the following person(s): (Note: This condition also applies while the defendant/juvenile is in custody.)

_____
Name(s)

☐ t.  Do not enter the following specified premises or areas:

_____
Address or other location

　　 ☐ May go to the address once, accompanied by a peace officer, to remove personal belongings.

☐ u.  Other:

Pretrial Release Order   (9/22)
Page 3 of 4

Case No. <u>24-364 PP</u>

☐ 6. The    ☐ sheriff    ☐ _____
                          Custodial agency/Facility

shall hold the defendant/juvenile named above in its care and custody until bond is posted and the terms and conditions specified in item 5 are acknowledged. The defendant/juvenile shall be brought to all court appearances while in custody or as otherwise ordered. The sheriff or director or designee of the custodial facility is authorized to obtain and consent to routine, nonsurgical medical and dental care for the juvenile and emergency medical, dental, and surgical treatment of the juvenile.

☑ 7. This order shall be entered into LEIN, is effective when signed, and expires on <u>09/30/2025</u> .
(Note: Check when release is subject to conditions necessary to protect 1 or more named persons under MCL 765.6b or for NCIC.)

| Height | Weight | Race* | Sex* | Date of birth* | Driver's license number |
|--------|--------|-------|------|----------------|-------------------------|
| 6'1" | 200 | WHT | MALE | 12/02/1966 | MI/B 420 440 784 9191 |

| Hair color | Eye color | Other identifying information | | | |
|------------|-----------|------------------------------|--|--|--|
| GRY | BRO | Tat: Neck | | | |

*These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

09/30/2024

DATE

_____ P33555
Hon. Jeffrey C. Middleton

Pretrial Release Order  (9/22)
Page 4 of 4

Case No. _23-759 PP_

## ACKNOWLEDGMENT OF PRETRIAL RELEASE CONDITIONS

I acknowledge and understand the terms and conditions of my release from jail. If I fail to perform all the terms and conditions, I may be subject to arrest without a warrant, jail, contempt of court, and new conditions of release. If my release is revoked and a bond was posted, the full amount of my bond, regardless of who posted it, may be forfeited. If I am arrested for a violation of these terms and conditions in another state, I waive all extradition proceedings and will be immediately returned to this state.

**NOTICE OF FIREARMS RESTRICTION:** If item 5q is a condition of my release, federal and/or state law may prohibit me from possessing or purchasing ammunition or a firearm (including a rifle, pistol, or revolver).

_____          _____
Date                             Defendant/Juvenile's signature

**Bond deposited by Defendant:** If all the terms and conditions of pretrial release are met, the money deposited (bond) will be used to pay any fine, state minimum costs, restitution, statutory assessments, and other costs imposed. Any balance will be returned to me as authorized by statute and court rule.

_____          _____
Date                             Defendant's signature

**Bond deposited by**    ☐ **Third Party:**    ☐ **Surety/Agent:**  I understand and agree that if the defendant fails to appear, the money deposited (bond) may be forfeited and a judgment entered for the entire amount of the bond. If the defendant appears as directed, the full amount of the bond will be returned to me unless I deposited a 10% cash bond. In that instance, the court will return only 90% of the bond to me.   ☐ If I am entitled to return of any bond, I agree that it may be applied to any of the defendant's fines/costs/assessments upon conviction.

_____          _____
Date                             Signature of depositor/surety/agent and identification (i.e. DLN)

                                 _____
                                 Name of depositor/surety/agent (type or print)

                                 _____
                                 Address

                                 _____
                                 City, state, zip                Telephone no.

**Use Note:** If a third party or surety posted bond for the defendant, the court clerk may provide the third party or surety with a copy of the terms and conditions of release.

| Approved, SCAO | Original - Court<br>1st copy - Petitioner | 2nd copy - Respondent (if applicable)<br>3rd copy - Michigan State Police CJIC |
|---|---|---|

| STATE OF MICHIGAN<br>45th **JUDICIAL CIRCUIT**<br>**COUNTY**<br>St. Joseph | ORDER AFTER HEARING ON<br>VIOLATION OF VALID PERSONAL/<br>FOREIGN PROTECTION ORDER | CASE NO.<br>24-382 PP<br>Hon. Jeffrey C. Middleton |
|---|---|---|

Police Report No.

Court address
125 W. Main St. P.O. Box 190, Centreville, MI 49032

Court telephone no.
269-467-5538

| Petitioner's name<br>████████<br><br>Address and telephone no. where court can reach petitioner<br>██████████ ████ | v | Respondent's name, address, and telephone no.<br>William Christopher Vandenberge  AKA Joshua T. Blake<br>Unknown,<br>347.812.5631 |
|---|---|---|

| CTN/TCN<br>2024001415 | Date of birth (if known)<br>12/02/1966 |
|---|---|

☑ PACC Code MCL 600.2950    ☐ PACC Code MCL 600.2950a    ☐ PACC Code MCL 600.2950m

Date of hearing: 09/30/2024 _____ Judge: Hon. Jeffrey C. Middleton _____ P33555
Bar no.

1. Order entered after violation hearing pursuant to MCR 3.708(H), held as a result of
   ☐ a. show-cause hearing pursuant to MCR 3.708(B).
   ☑ b. arraignment for arrest pursuant to MCL 764.15b and MCR 3.708(C).
**THE COURT FINDS:**
☑ 2. The respondent was present at the hearing on violation of a valid personal/ foreign protection order and was advised of the right to present evidence and to examine and cross-examine witnesses.
3. Specific findings of fact are stated on the record.
4. ☐ a. By proof beyond a reasonable doubt, the respondent was found guilty of criminal contempt.
   ☐ b. By clear and convincing evidence, the respondent was found guilty of civil contempt.
   ☐ c. The respondent pled guilty.
   ☐ d. The respondent is not in contempt.
☐ 5. The respondent failed to appear as ordered and a bench warrant should issue for his/her arrest.
**IT IS ORDERED:**
☐ 6. A bench warrant shall issue for the respondent's arrest.
☑ 7. The hearing on the violation is adjourned to Wednesday, October 9, 2024 at 10:00 A.M.

Reason: Pre-Trial PPO Violation

☐ 8. The matter is dismissed.
☐ 9. The ☐ bench warrant is discharged.    ☐ authorization for bench warrant is set aside.

☐ 10. The respondent shall be committed to _____ days in the county jail.

☐ 11. The respondent shall pay a fine of $ _____ to be paid as follows: _____

☐ 12. The respondent shall reimburse _____ for expenses incurred
Name of state or local unit of government

in relation to the violation as follows: _____ .

☐ 13. Other conditions: _____

08/22/2024 _____
Date

Hon. Jeffrey C. Middleton    P33555

**TO THE CLERK OF THE COURT:**
Unless item 8 is checked, you are required to send this order to the Michigan State Police pursuant to MCL 769.16a, along with any fingerprint card provided by the law enforcement agency. If a TCN number has not been issued and no fingerprint card has been provided, the taking of fingerprints must be ordered.

MCL 28.243(2), MCL 600.2950h-MCL 600.2950m, MCL 764.15b, MCL 769.1f, MCL 769.16a, MCR 3.708(H)
CC 384 (3/13) ORDER AFTER HEARING ON VIOLATION OF VALID PERSONAL/FOREIGN PROTECTION ORDER

Approved, SCAO                                                                                                JIS CODE: PSV

| STATE OF MICHIGAN<br>45th Circuit Court- Family Division<br>COUNTY OF St. Joseph | PROOF OF SERVICE | FILE NO.<br>24-382 PP |
|---|---|---|

In the matter of ▮ v. Vandenberge

1. Titles of the papers served or mailed: Entire PPO File

☐ 2. According to court rule, I served by    ☐ regular mail    ☐ registered mail (copy of return receipt attached)
☐ certified mail (copy of return receipt attached)    the papers described above on:

| Name | Complete address of service | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☑ 3. According to court rule, I served by **email** the papers described above on:

| Name | Complete address of service | Date and Time |
|---|---|---|
| Luke Nofsinger, Attorney | luke.nofsinger@gmail.com | 10/01/2024 |
|  |  |  |
|  |  |  |

☐ 4. After diligent search and inquiry, I have been unable to find and serve the following interested persons. I have served these persons by publication. Attached are copies of form PC 617.

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled Fee<br>$ |  |
|---|---|---|
| Incorrect address fee<br>$ | Miles traveled Fee<br>$ | **TOTAL FEE**<br>$ |

10/01/2024
Date

*Tiffany Howe*
Signature
Tiffany Howe
Name (type or print)

**USE NOTE:** If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form.

Do not write below this line - For court use only

PC 564  (9/10)  **PROOF OF SERVICE**                    MCL 700.1306, MCL 700.1401, MCR 5.104(A), MCR 5.105, MCR 5.107

| Approved, SCAO | Original – Court<br>1st copy – Petitioner | 2nd copy – Respondent (if applicable)<br>3rd copy – Michigan State Police C.JIC |
|---|---|---|

| STATE OF MICHIGAN<br>45th    JUDICIAL CIRCUIT<br>COUNTY<br>St. Joseph | ORDER AFTER HEARING ON<br>VIOLATION OF VALID PERSONAL/<br>FOREIGN PROTECTION ORDER | CASE NO.<br>24-382 PP<br>Hon. Jeffrey C. Middleton |
|---|---|---|

| Police Report No. | Court address<br>125 W. Main St. P.O. Box 190, Centreville, MI 49032 | Court telephone no.<br>269-467-5538 |
|---|---|---|

| Petitioner's name<br>████████████████<br>Address and telephone no. where court can reach petitioner<br>████████████    ████████ | v | Respondent's name, address, and telephone no.<br>William Christopher Vandenberge  AKA Joshua T. Blake<br>Unknown,<br>347.812.5631 |
|---|---|---|
| | | CTN/TCN<br>2024001415 · Date of birth (if known)<br>12/02/1966 |

☑ PACC Code MCL 600.2950    ☐ PACC Code MCL 600.2950a    ☐ PACC Code MCL 600.2950m

Date of hearing: 10/09/2024 _____  Judge: Hon. Jeffrey C. Middleton    P33555
Bar no.

1. Order entered after violation hearing pursuant to MCR 3.708(H), held as a result of
   ☑ a. show-cause hearing pursuant to MCR 3.708(B).
   ☐ b. arraignment for arrest pursuant to MCL 764.15b and MCR 3.708(C),
**THE COURT FINDS:**
☐ 2. The respondent was present at the hearing on violation of a valid personal/ foreign protection order and was advised of the right to present evidence and to examine and cross-examine witnesses.
3. Specific findings of fact are stated on the record.
4. ☐ a. By proof beyond a reasonable doubt, the respondent was found guilty of criminal contempt.
   ☒ b. By clear and convincing evidence, the respondent was found guilty of civil contempt.
   ☐ c. The respondent pled guilty.
   ☐ d. The respondent is not in contempt.
☐ 5. The respondent failed to appear as ordered and a bench warrant should issue for his/her arrest.
**IT IS ORDERED:**
☐ 6. A bench warrant shall issue for the respondent's arrest.
☐ 7. The hearing on the violation is adjourned to _____

Reason: _____
☐ 8. The matter is dismissed.
☐ 9. The ☐ bench warrant is discharged.    ☐ authorization for bench warrant is set aside.
☒ 10. The respondent shall be committed to ___11___ days in the county jail.  Credit 11 days.

☐ 11. The respondent shall pay a fine of $ _____ to be paid as follows: _____

☐ 12. The respondent shall reimburse _____ for expenses incurred
                                      Name of state or local unit of government
in relation to the violation as follows: _____

☐ 13. Other conditions: _____ ppo  Remains in effect _____

10/09/2024 _____    Hon. Jeffrey C. Middleton    P33555
Date

**TO THE CLERK OF THE COURT:**
Unless item 8 is checked, you are required to send this order to the Michigan State Police pursuant to MCL 769.16a, along with any fingerprint card provided by the law enforcement agency. If a TCN number has not been issued and no fingerprint card has been provided, the taking of fingerprints must be ordered.

MCL 28.243(2), MCL 600.2950h-MCL 600.2950m, MCL 764.15b, MCL 769.1f, MCL 769.16a, MCR 3.708(H)
CC 384 (3/13) **ORDER AFTER HEARING ON VIOLATION OF VALID PERSONAL/FOREIGN PROTECTION ORDER**

Page No. _____ Case No. _24-782 pp_ Name: ____ p v Vndtch____

| DATE | ACTION | INITIALS |
|---|---|---|
| 10/9/24 | - PPO Violation - w/c Nofsi | |
| | - Δ Advts sy to the Address | |
| | . Δ cesruts to civl Compt - | |
| | pm toa Pobone | |
| | | |
| | | |
| | Set for Defnd Sentu a DV in 23-2046-S | |
| | Set for | |
| | 10/29/24 begun REP | |
| | | |
| | PEC a R to Sd fr 10/15/24 | |
| | as toshva TB/c/G 24-1773 F/ | |
| | | |
| | Δ po his BAC was .39 | |
| | at Tiu of Arrst | |
| | | |
| | Sentu 11 ap Creat 11 dp | |
| | | |
| | Sh paid of his Sug Tiult + | |
| | pard his bond a th ppo | |
| | | JCM |

Register of Actions-Supplemental Sheet

Approved, SCAO

JIS CODE: PSV

| STATE OF MICHIGAN<br>45th Circuit Court-Family Division<br>COUNTY OF St. Joseph | **PROOF OF SERVICE** | **FILE NO.**<br><br>24-382 PP |
|---|---|---|

In the matter of ▉ v. Vandenberge

1. Titles of the papers served or mailed: Order after hearing on violation of valid personal/foreign protection order

☐ 2. According to court rule, I served by   ☐ regular mail   ☐ registered mail (copy of return receipt attached)
  ☐ certified mail (copy of return receipt attached)   the papers described above on:

| Name | Complete address of service | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☑ 3. According to court rule, I served by **email** the papers described above on:

| Name | Complete address of service | Date and Time |
|---|---|---|
| Luke Nofsinger, Attorney | luke.nofsinger@gmail.com | 10/09/2024 |
| St. Joseph County Prosecutor | lambertm@stjosephcountymi.org | 10/09/2024 |
| William Vandenberge | Printed to Booking for respondnent/ release | 10/09/2024 |

☐ 4. After diligent search and inquiry, I have been unable to find and serve the following interested persons. I have served these persons by publication. Attached are copies of form PC 617.

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled Fee | | 10/09/2024 |
|---|---|---|---|
| $ | $ | | Date |
| Incorrect address fee | Miles traveled Fee | **TOTAL FEE** | *Tiffany Howe* |
| $ | $ | $ | Signature |
| | | | Tiffany Howe |
| | | | Name (type or print) |

USE NOTE: If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form.

Do not write below this line - For court use only

PC 564  (9/10)  **PROOF OF SERVICE**

MCL 700.1306, MCL 700.1401, MCR 5.104(A), MCR 5.105, MCR 5.107

Approved, SCAO

JIS CODE: POM

| STATE OF MICHIGAN<br>**JUDICIAL DISTRICT**<br>45TH    **JUDICIAL CIRCUIT**<br>**COUNTY PROBATE** | **PROOF OF MAILING** | **CASE NO.**<br>24-382-PP<br><br>Hon. David C. Tomlinson |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| 125 W Main St Po Box 189 Centreville, MI 49032 | 269-467-5531 |

| Plaintiff(s) | v | Defendant(s)<br>WILLIAM CHRISTOPHER VANDENBERGE |
|---|---|---|

☐ Juvenile    In the matter of _____

☐ Probate    In the matter of _____

On the date below I sent by first-class mail a copy of   ORDER AFTER HEARING ON VIOLATION OF VALID

PERSONAL/FOREIGN PROTECTION ORDER

to: List names and addresses.

I declare that the statements above are true to the best of my information, knowledge, and belief.

OCTOBER 9, 2024

Date

*Melissa Patch*

Signature

Melissa Patch, Deputy Clerk

Name (type or print)

MC 302  (3/08)  **PROOF OF MAILING**

MCR 2.107(C)(3), (D)