## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| **USA v.**   William Christopher Vandenberge | **DISTRICT JUDGE:**   Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:24-cr-155 | April 3, 2025 | 3:01 - 3:46 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Constance Turnbull | Defendant: Sean Tilton | Counsel Designation: FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>__ mute      __ nolo contendre<br>__ not guilty      __ guilty<br>__ Final Pretrial Conference<br>__ Detention      (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other:<br>_____<br>_____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other:<br>Judgment & Commitment | Charging Document:<br>__ Read      __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br><br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment:  37 months*<br>Probation: _____<br>Supervised Release:  3 years<br>Fine: $ 500.00<br>Restitution: $ _____<br>Special Assessment: $ 100.00 | Plea Agreement Accepted:  __ Yes  __ No<br>Defendant informed of right to appeal:  ✓ Yes  __ No<br>Counsel informed of obligation to file appeal:  ✓ Yes  __ No<br>Conviction Information:<br>   Date:  10/29/24<br>   By:  Plea<br>   As to Count (s):  1 |

**ADDITIONAL INFORMATION:**
*Consecutive to any sentence imposed by the state of Michigan.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |

| **CASE TO BE:** | **TYPE OF HEARING:** |
|---|---|
| **Reporter/Recorder:**   Paul Brandell | **Case Manager:**   S. Carpenter |