# IN THE UNITED STATES DISTRICT COURT FOR THE

## __Western__ DISTRICT OF __Michigan__

DEFENDANT

William Vandenberge

VS.

UNITED STATES OF AMERICA

CASE NO.: __1:24-cr-155__

**FILED - GR**
November 10, 2025 3:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ✓ /11-10

## REQUEST FOR ALL LEGAL DOCUMENTS

Please find this Legal Letter as a request to have Your Office send to me the following Legal Document's:

- Docketing Statement
- Pleas agreement
- Judgement in Criminal Case i.e. Judgement and Commitment Sheet
- Courtroom Minute Sheet
- Sentencing Transcript Proceedings Attached

Respectfully Submitted,

Dated: 11-4-25

William Vandenberge
42010511 #
FCI Terre Haute
PO Box 33
Terre Haute IN
47808

INDIANAPOLIS IN   460

6 NOV 2025  PM 5  L

1775



Western District Clerk of Court
Gerald R. Ford Federal Building
110 Michigan Street, N.W., Room 399
Grand Rapids, MI  49503

49503-231799